1 JaVonne M. Phillips, Esq. SBN 187474
2 Merdaud Jafarnia, Esq. SBN 217262
  **McCarthy & Holthus, LLP**
3 1770 Fourth Avenue
  San Diego, CA 92101
4 Phone (877) 369-6122
5 Fax (619) 685-4811

6 Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the
7 WaMu Mortgage Pass-Through Certificates, Series 2005-AR13, its assignees and/or successors,
  by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: § | Case Number: 16-52233 M |
| **Bernadette Francine Abramson**, § | |
| § | Chapter: 7 |
| § | |
| Debtor. § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

M&H File No. CA-16-128651

1     Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 8/9/2016                     McCarthy & Holthus, LLP

                               By: /s/ Merdaud Jafarnia
                                   Merdaud Jafarnia, Esq.,
                                   Attorney for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.