1  RICHARD B. GULLEN (SBN 144513)
   ROSSI, HAMERSLOUGH, REISCHL & CHUCK
2  1960 The Alameda, Suite 200
   San Jose, CA  95126-1493
3  Tel:  (408) 261-4252
   Fax:  (408) 261-4292
4
   Attorneys for Secured Creditor,
5  HELEN McABEE

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  In Re:                          Case No. 16-52233

12
    BERNADETTE CATTANEO,            Chapter 7
13
           Debtor.                  **DECLARATION OF JERRY COSIO
14                                  IN SUPPORT OF OPPOSITION OF
                                    SECURED CREDITOR HELEN
15                                  McABEE TO DEBTOR'S MOTION
                                    TO AVOID JUDICIAL LIEN AS TO
16                                  2720 ARLINGTON ROAD,
                                    HOLLISTER, CA**
17
                                    Date:  April 18, 2019
18                                  Time:  10:30 a.m.
                                    Ctrm:  Courtroom 3020
19                                  Place:  280 South First Street
                                    San Jose, CA  95113
20

21      I, JERRY COSIO, declare as follows:

22      1.      I have been appraising residential properties in Hollister, California since 1987,

23  and I have been licensed by the State of California as a real estate appraiser since 1991.   I have

24  personal knowledge of the facts stated herein, and if called as a witness could competently testify

25  thereto.

26      2.      Attached as **Exhibit "A"** is a true and correct copy of the appraisal that I

27  performed regarding the property at 2720 Arlington Road, Hollister, California 95023 as of

28  August 3, 2016.

Case No. 16-52233 Declaration of Jerry Cosio                              1

1

2    I declare under penalty of perjury under the laws of the State of California that the

3    foregoing is true and correct.

4    Executed this 3rd day of April, 2019, at HOLLISTER, California.

5                              By:    / s / Jerry Cosio
                                      JERRY COSIO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292
26

27

28

Case No. 16-52233 Declaration of Jerry Cosio                                          2

JC Appraisal Service
1160 Mulberry Court
Hollister, CA 95023
831-635-0327

April 2, 2019

HELEN McABEE
1960 THE ALAMEDA, SUITE #200
San Jose, CA
95126

| | |
|---|---|
| Property - | 2720 ARLINGTON DRIVE |
| | HOLLISTER, CA  95023 |
| Borrower - | BERNADETTE F. CATTANEO |
| File No. - | 19080 |
| Case No. - | |

Dear  :

In accordance with your request, I have prepared an appraisal of the real property located at 2720 ARLINGTON DRIVE, HOLLISTER, CA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 08/03/2016 is :

$875,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

JC Appraisal Service

JERRY COSIO
CA Certification #AR005809

# Uniform Residential Appraisal Report

**File #** 19080

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address **2720 ARLINGTON DRIVE** | City **HOLLISTER** State **CA** Zip Code **95023** |
| Borrower **BERNADETTE F. CATTANEO** | Owner of Public Record **BERNADETTE F. CATTANEO** County **SAN BENITO** |

Legal Description **LONG ACRES, TRACT NO. 196, LOT 22**

Assessor's Parcel # **025-480-001-000**  Tax Year **2018**  R.E. Taxes $ **8,777**

Neighborhood Name **LONG ACRES**  Map Reference **1040-E3**  Census Tract **5.02**

Occupant **X** Owner ☐ Tenant ☐ Vacant  Special Assessments $ **0**  PUD  HOA $ **0** ☐ per year ☐ per month

Property Rights Appraised **X** Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction **X** Other (describe) **APPRAISAL IS FOR PERSONAL REASONS OF OWNER**

Lender/Client **HELEN McABEE**  Address **1960 THE ALAMEDA, SUITE #200, San Jose, CA 95126**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of the appraisal? ☐ Yes **X** No

Report data source(s) used, offering price(s), and date(s). **DATA SOURCE: MULTIPLE LISTING SERVICE.**

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid:

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Percent Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban **X** Suburban ☐ Rural | | | Property Values ☐ Increasing **X** Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 75 % |
| Built-Up **X** Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage **X** In Balance ☐ Over Supply | | | 500 Low | 0 | 2-4 Unit | 5 % |
| Growth ☐ Rapid **X** Stable ☐ Slow | | | Marketing Time **X** Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 1,200 High | 75 | Commercial | 15 % |
| | | | | | | 850 Pred. | 25 | Multi-Family | 5 % |
| | | | | | | | | Other | 0 % |

Neighborhood Boundaries **BOUNDED TO NORTH BY COMSTOCK RD; TO SOUTH BY SOUTHSIDE RD; TO EAST BY BEST RD; & TO WEST BY HWY 156.**

Neighborhood Description **THE SUBJECT'S NEIGHBORHOOD HAS ADEQUATE ACCESS TO SHOPPING, EMPLOYMENT, FREEWAYS, SCHOOLS, AND RECREATIONAL FACILITIES. UTILITIES ARE PUBLIC AND ADEQUATE. *** See Additional Comments ***

Market Conditions (including support for the above conclusions) **CURRENT MARKET ACTIVITY IS EXHIBITING MOSTLY STABLIZED MARKET VALUES, DUE TO A LIMITED SUPPLY, LOW INTEREST RATES, AND A STEADY DEMAND. *** See Additional Comments ***

## SITE

Dimensions **SEE ATTACHED PLAT MAP**  Area **1.00 ac**  Shape **RECTANGULAR**  View **N;Res;Mtn**

Specific Zoning Classification **RS01**  Zoning Description **RES, SINGLE FAMILY RESIDENCE, RURAL**

Zoning Compliance **X** Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? **X** Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | **X** | | Water | **X** | | Street **ASPHALT** | **X** | |
| Gas | **X** | | Sanitary Sewer | | **X** **SEPTIC TANK** | Alley **NONE** | | |

FEMA Special Flood Hazard Area ☐ Yes **X** No  FEMA Flood Zone **X**  FEMA Map No. **06069C0205D**  FEMA Map Date **04/16/2009**

Are the utilities and off-site improvements typical for the market area? **X** Yes ☐ No. If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes **X** No If Yes, describe

*** See Additional Comments ***

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units **X** One ☐ One with Accessory Unit | | ☐ Concrete Slab **X** Crawl Space | | Foundation Walls **CONCRETE/GD** | | Floors **HDWD/CPT/TLE/VNL/GD** | |
| # of Stories **1.00** | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls **STUC/WD/STONE/GD** | | Walls **DRYWALL/GD** | |
| Type **X** Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area **0** sq. ft. | | Roof Surface **WOOD SHINGLE/GD** | | Trim/Finish **WOOD/GD** | |
| **X** Existing ☐ Proposed ☐ Under Const. | | Basement Finish **0** % | | Gutters & Downspouts **G.M./GD** | | Bath Floor **HDWD/TLE/GD** | |
| Design (Style) **CONTEMP** | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type **DBL-PNE SLDR/GD** | | Bath Wainscot **TILE/GD** | |
| Year Built **1990** | | Evidence of ☐ Infestation | | Storm Sash/Insulated **NONE** | | Car Storage ☐ None | |
| Effective Age (Yrs) **25** | | ☐ Dampness ☐ Settlement | | Screens **YES/GD** | | **X** Driveway # of Cars **3** | |
| Attic ☐ None | | Heating **X** FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ WoodStove(s)# **0** | Driveway Surface **CONCRETE** | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other  Fuel **GAS** | | **X** Fireplace(s) # **2** **X** Fence **WOOD** | | **X** Garage # of Cars **3** | |
| ☐ Floor **X** Scuttle | | Cooling **X** Central Air Conditioning | | ☐ Patio/Deck **CONC** **X** Porch **COV'RD** | | ☐ Carport # of Cars **0** | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | **X** Pool **CONC** **X** Other **SPA** | | **X** Att. ☐ Det. ☐ Built-in | |
| Appliances **X** Refrigerator **X** Range/Oven **X** Dishwasher **X** Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | |

Finished area **above** grade contains: **10** Rooms  **4** Bedrooms  **3.0** Bath(s)  **3,049** Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) *** See Additional Comments ***

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). **C3;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;THE SUBJECT PROPERTY DID NOT HAVE ANY SIGNIFICANT RECENT UPDATES DONE WITHIN THE 5 YEARS PRIOR TO THE EFFECTIVE APPRAISAL DATE OF 08/03/2016.**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes **X** No If Yes, describe

**THE UTILITIES (ELECTRICITY, GAS, & WATER) WERE TESTED, AND ALL ARE ON AND IN GOOD WORKING ORDER. THERE IS A FUNCTIONING CARBON MONOXIDE ALARM INSTALLED. THE WATER HEATER IS DOUBLE-SAFETY STRAPPED. EACH BEDROOM AND ALL COMMON AREAS HAS A FUNCTIONING SMOKE ALARM INSTALLED.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? **X** Yes ☐ No If No, describe

Case: 16-52233  Doc# 54  Filed: 04/05/19  Entered: 04/05/19 09:42:10  Page 4 of 27
JC Appraisal Service

# Uniform Residential Appraisal Report

**File #** 19080

There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **500,000** to $ **1,200,000** .

There are **30** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **500,000** to $ **1,200,000** .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2720 ARLINGTON DRIVE HOLLISTER, CA 95023 | 250 KANE DRIVE HOLLISTER, CA 95023 | | 61 DRY CREEK ROAD HOLLISTER, CA 95023 | | 1331 UNION HEIGHTS DRIVE HOLLISTER, CA 95023 | |
| Proximity to Subject | | 0.80 miles NW | | 1.09 miles S | | 3.64 miles W | |
| Sale Price | $ | | 930,000 | | 830,000 | | 875,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 315.25 sq. ft. | | $ 259.38 sq. ft. | | $ 329.69 sq. ft. | |
| Data Source(s) | | MLS #81546177;DOM 73 | | MLS #81521007;DOM 219 | | MLS #81549345;DOM 78 | |
| Verification Source(s) | | METROSCAN DOC #593816 | | METROSCAN DOC #778516 | | METROSCAN DOC #565916 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s06/16;c04/16 | 0 | s07/16;c06/16 | 0 | s06/16;c05/16 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 1.00 ac | 1.00 ac | | 1.05 ac | 0 | 1.10 ac | 0 |
| View | N;Res;Mtn | N;Res;Mtn | | N;Res;Mtn | | N;Res;Mtn | |
| Design (Style) | DT1;CONTEMP | DT2;CONTEMP | 0 | DT2;CONTEMP | 0 | DT1;CONTEMP | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 29 | 31 | +2,000 | 13 | -16,000 | 21 | -8,000 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | +5,000 | Total Bdrms. Baths | -5,000 | Total Bdrms. Baths | +5,000 |
| Room Count | 10 4 3.0 | 9 4 2.1 | 0 | 10 4 3.1 | 0 | 8 4 2.1 | 0 |
| Gross Living Area | 3,049 sq. ft. | 2,950 sq. ft. | +5,000 | 3,200 sq. ft. | -7,500 | 2,654 sq. ft. | +20,000 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CENT AC | FAU/CENT AC | | FAU/NONE | +5,000 | FAU/CENT AC | |
| Energy Efficient Items | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Garage/Carport | 3ga3dw | 3ga3dw | | 4ga4dw | -10,000 | 4ga4dw | -10,000 |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | PATIO | |
| FIREPLACE | 2 FIREPLACES | 1 FIREPLACE | +5,000 | 1 FIREPLACE | +5,000 | 1 FIREPLACE | +5,000 |
| AMENITIES | POOL/SPA | POOL/SPA | | NONE | +30,000 | BARN/CORRAL | 0 |
| UPDATING | NONE NOTED | COMPL UPDATED | -50,000 | NONE NOTED | | NONE NOTED | |
| Net Adjustment (Total) | | + X - | -33,000 | X + - | 1,500 | X + - | 12,000 |
| Adjusted Sale Price | | Net Adj. 3.55 % | | Net Adj. 0.18 % | | Net Adj. 1.37 % | |
| of Comparables | | Gross Adj. 7.20 % $ | 897,000 | Gross Adj. 9.46 % $ | 831,500 | Gross Adj. 5.49 % $ | 887,000 |

I **X** did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did **X** did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) **METROSCAN & MLS**

My research ☐ did **X** did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.

Data Source(s) **METROSCAN & MLS**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | METROSCAN & MLS | METROSCAN & MLS | METROSCAN & MLS | METROSCAN & MLS |
| Effective Date of Data Source(s) | 03/28/2019 | 03/28/2019 | 03/28/2019 | 03/28/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales **THE SUBJECT PROPERTY HAS NOT SOLD OR BEEN LISTED FOR SALE OVER THE PAST 3 YEARS.**

Summary of Sales Comparison Approach **THE GREATEST WEIGHT IS GIVEN TO COMP #1 FOR PROXIMITY TO THE SUBJECT PROPERTY, SITE SIZE, ACTUAL AGE, BEDROOM COUNT, DWELLING SQUARE FOOTAGE, POOL/SPA AMENITY, AND APPEAL, SUPPORTED BY COMP #2 FOR SALE DATE, SITE SIZE, TOTAL ROOM COUNT, BEDROOM COUNT, AND APPEAL, AND FURTHER SUPPORTED BY COMP #3 FOR SITE SIZE, DESIGN (1 STORY), BEDROOM COUNT, AND APPEAL. DUE TO LACK OF RECENT COMPARABLE SALES LOCATED WITHIN 1 MILE OF THE SUBJECT PROPERTY, COMPS #2 AND #3, LOCATED OVER 1 MILE AWAY, WERE USED FOR THE AFOREMENTIONED REASONS. MARKET DATA SHOWS NO VERIFIABLE SALE PRICE OR MARKET VALUE DIFFERENCE BETWEEN 1 AND 2 STORY HOMES. ALL MARKET GRID ADJUSTMENTS ARE ROUNDED TO THE NEAREST $500. *** See Additional Comments *****

Indicated Value by Sales Comparison Approach $ **875,000**

Indicated Value by: Sales Comparison Approach $ **875,000** Cost Approach (if developed) $ **875,956** Income Approach (if developed) $

**THE INCOME APPROACH IS EXCLUDED DUE TO THE LACK OF RENTAL DATA IN THE SUBJECT'S NEIGHBORHOOD. MOST CONSIDERATION IS GIVEN TO THE MARKET APPROACH AS IT BEST REFLECTS THE ACTIONS OF BUYERS AND SELLERS ON THE OPEN MARKET. *** See Additional Comments *****

This appraisal is made **X** "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **875,000** , as of **08/03/2016** , which is the date of inspection and the effective date of this appraisal.

JC Appraisal Service

**A D D I T I O N A L   C O M M E N T S**

---

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

**NOT REQUIRED BY FANNIE MAE.**

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | | | OPINION OF SITE VALUE.............................=$ | | **385,000** |
| Source of cost data **MARSHALL & SWIFT COST BOOK** | | | Dwelling **3,049** Sq. Ft. @ $ **175.00** | =$ | **533,575** |
| Quality rating from cost service **ABV-AVG** Effective date of cost data **PRESENT** | | | Sq. Ft. @ $ | ...............=$ | **0** |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | |
| **SEE ATTACHED SKETCH. THE LAND / BUILDING RATIO** | | | Garage/Carport **754** Sq. Ft. @ $ **50.00** | ...............=$ | **37,700** |
| **IS TYPICAL FOR THE AREA. THE SITE VALUE WAS** | | | Total Estimate of Cost-New | ...............=$ | **571,275** |
| **OBTAINED THROUGH THE ABSTRACTION METHOD.** | | | Less Physical Functional External | | |
| **COST FIGURES SUPPORTED BY MARSHALL & SWIFT** | | | Depreciation **142,819** | =$ ( **142,819**) | |
| **COST REPRODUCTION HANDBOOK AND PERSONAL** | | | Depreciated Cost of Improvements.............=$ | | **428,456** |
| **APPRAISAL FILES.** | | | 'As-is' Value of Site Improvements............=$ | | **62,500** |
| Estimated Remaining Economic Life (HUD and VA only) **75** Years | | | Indicated Value By Cost Approach.............=$ | | **875,956** |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM) **NOT REQUIRED BY FANNIE MAE.**

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data Source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

Case: 16-52233   Doc# 54   Filed: 04/08/19   Entered: 04/05/19 09:42:10   Page 6 of 27
UC Appraisal Service

| ADDITIONAL COMMENTS | | | | |
|---|---|---|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** | | | |
| Property Address | **2720 ARLINGTON DRIVE** | | | |
| City **HOLLISTER** | County **SAN BENITO** | State **CA** | Zip Code **95023** | |
| Lender or Client | **HELEN McABEE** | | | |

## NEIGHBORHOOD DESCRIPTION
THE SUBJECT PROPERTY IS PROTECTED FROM DETRIMENTAL CONDITIONS AND HAS ADEQUATE POLICE AND FIRE PROTECTION. THE GENERAL APPEARANCE OF PROPERTIES IS GOOD AND PROPERTIES ARE APPEALING TO THE MARKETPLACE.

## MARKET CONDITIONS
THE ESTIMATED EXPOSURE TIME REQUIRED IN ORDER TO OBTAIN AN AMOUNT EQUAL TO MARKET VALUE, IF MARKETED PROPERLY, IS APPROXIMATELY 1 TO 3 MONTHS.

## SITE COMMENTS
NO ADVERSE SITE CONDITIONS OR EXTERNAL FACTORS NOTED.

NOTE:  THE SUBJECT PROPERTY SIDES TO A 2-LANE NEIGHBORHOOD ACCESS STREET (SANTA ANA ROAD) WITH SPORADIC TRAFFIC, BUFFERED BY A 6' HIGH WOOD FENCE AND +-100' OF DISTANCE - NO DETRIMENT DUE TO SPORADIC TRAFFIC AND ADEQUATE DISTANCE.

AT THE TIME OF THE APPRAISAL INSPECTION (03/28/2019), THERE WAS NO NOTICEABLE DAMAGE TO THE SUBJECT PROPERTY DUE TO ANY RECENT WEATHER RELATED DISASTERS, FLOODS, OR FIRES.  THERE HAS BEEN NO NEGATIVE AFFECT ON MARKET VALUE OR MARKETABILITY OF THE SUBJECT PROPERTY.  ALL SUBJECT PROPERTY PHOTOS AND ALL COMPARABLE PHOTOS USED ON THE APPRAISAL REPORT WERE TAKEN ON 03/28/2019.

ALTHOUGH THE SUBJECT'S SITE VALUE IS OVER 30% OF THE OVERALL MARKET VALUE OF THE SUBJECT PROPERTY, THE SUBJECT'S SITE CANNOT BE SPLIT INTO 2 OR MORE PARCELS.  THIS IS TYPICAL FOR THE SUBJECT'S MARKET AREA.

## ADDITIONAL FEATURES
THE SUBJECT PROPERTY HAD THE FOLLOWING FEATURES:  DOUBLE-PANE WINDOWS & SLIDING DOORS; AN IN-GROUND CONCRETE (GUNITE) POOL & SPA IN REAR YARD; A WET-BAR IN DINING ROOM - GOOD EFFECTS.

## ADDITIONAL SALES COMPARISON APPROACH COMMENTS
THE 3 COMPARABLES USED WERE DEEMED TO BE THE BEST AND MOST RECENT COMPARABLE SALES AVAILABLE AS OF THE EFFECTIVE DATE OF THE APPRAISAL (08/03/2016).

## RECONCILIATION
THE COST APPROACH HAS LIMITED USE IN THE FINAL ESTIMATE OF VALUE AS THE MARKETPLACE DOES NOT NORMALLY RECOGNIZE A COST REPLACEMENT AS A VIABLE ALTERNATIVE TO THE PURCHASE OF PROPERTIES SIMILAR TO THE SUBJECT PROPERTY IN THE IMMEDIATE AREA.  COST APPROACH DEVELOPED USING THE ABSTRACTION METHOD.

## EXTRA ADDITIONAL COMMENTS
I (JEREMY "JERRY" COSIO) HAVE NOT PERFORMED ANY SERVICES REGARDING THE SUBJECT PROPERTY, AS AN APPRAISER, OR IN ANY OTHER CAPACITY OVER THE PAST 3 YEARS PRECEEDING THE ACCEPTANCE OF THE APPRAISAL ASSIGNMENT.

THE APPRAISAL WAS PREPARED IN ACCORDANCE WITH THE REQUIREMENTS OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.

THE APPRAISAL WAS PREPARED IN ACCORDANCE WITH THE REQUIREMENTS OF TITLE XI OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY, AND ENFORCEMENT ACT OF 1989, AS AMENDED (12 U.S.C 331 ET ESQ.) AND ANY IMPLEMENTING REGULATIONS.

I (JEREMY "JERRY" COSIO) HAVE NOT BEEN UNDULY INFLUENCED IN THE DEVELOPMENT OF THIS REPORT AS IT RELATES TO DODD FRANK OR A.I.R.

**JC Appraisal Service**

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case: 16-52233    Doc# 54    Filed: 04/05/19    Entered: 04/05/19 09:42:10    Page 8 of 27
JC Appraisal Service

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Case 19-52203    Doc# 54    Filed: 04/05/19    Entered: 04/05/19 09:42:16    Page 9 of 27

# Uniform Residential Appraisal Report    File #  **19080**

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature
Name **JERRY COSIO**
Company Name **JC Appraisal Service**
Company Address **1160 Mulberry Court**
**Hollister, CA 95023**
Telephone Number  **831-635-0327**
Email Address **jerrycosio@yahoo.com**
Date of Signature and Report **04/02/2019**
Effective Date of Appraisal **08/03/2016**
State Certification #  **AR005809**
or State License #
or Other _____ State #
State  **CA**
Expiration Date of Certification or License    **05/14/2020**

ADDRESS OF PROPERTY APPRAISED
**2720 ARLINGTON DRIVE**
**HOLLISTER, CA 95023**
APPRAISED VALUE OF SUBJECT PROPERTY $  **875,000**
LENDER/CLIENT
Name **No AMC**
Company Name **HELEN McABEE**
Company Address **1960 THE ALAMEDA, SUITE #200**
**San Jose, CA  95126**
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Case No.

File No.  **19080**

| | | | | |
|---|---|---|---|---|
| Borrower | **BERNADETTE F. CATTANEO** | | | |
| Property Address | **2720 ARLINGTON DRIVE** | | | |
| City **HOLLISTER** | County **SAN BENITO** | State **CA** | Zip Code **95023** | |
| Lender/Client **HELEN McABEE** | | Address **1960 THE ALAMEDA, SUITE #200, San Jose, CA 95126** | | |

---

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1** - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property*

**C5** - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1** - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2** - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q3** - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated** - Little or no updating or modernization. This description includes, but is not limited to, new homes. Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated** - The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled** - Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example: 3.2 indicates three full baths and two half baths.

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| G | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTm | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| s | Settlement Date | Date of Sale/Time |
| sf | Square Feet | Area, Site, Basement |
| Short | Short Sale | Sale or Financing Concessions |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

Case: 16-52233   Doc# 54   Filed: 04/05/19   Entered: 04/05/19 09:42:10   Page 12 of
JC Appraisal Service

# SKETCH ADDENDUM



| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



| SUMMARY | SQ FT AREA | PERIMETER | AREA CALCULATION DETAILS | | | |
|---|---|---|---|---|---|---|
| **Living Area** | | | **First Floor** | | | |
| First Floor | 3049 | 332 | 14.0 X | 15.0 | = | 210.0 |
| | | | 24.0 X | 6.0 | = | 144.0 |
| **Garage/Carport** | | | 40.0 X | 4.0 | = | 160.0 |
| Attached Garage | 754 | 142 | 64.0 X | 4.0 | = | 256.0 |
| | | | 62.0 X | 6.0 | = | 372.0 |
| | | | 64.0 X | 3.0 | = | 192.0 |
| | | | 63.0 X | 2.0 | = | 126.0 |
| | | | 62.5 X | 1.0 | = | 62.5 |
| | | | 67.0 X | 4.0 | = | 268.0 |
| | | | 71.0 X | 5.0 | = | 355.0 |
| | | | 33.0 X | 4.0 | = | 132.0 |
| | | | 32.0 X | 6.0 | = | 192.0 |
| | | | 14.0 X | 20.0 | = | 280.0 |
| | | | 27.0 X | 9.0 | = | 243.0 |
| | | | 14.0 X | 4.0 | = | 56.0 |
| | | | | Total | | 3048.5 |

SKETCH-IT 1-800-523-0872

**JC Appraisal Service**

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |

| City | **HOLLISTER** | County | **SAN BENITO** | State | **CA** | Zip Code | **95023** |
|---|---|---|---|---|---|---|---|

| Client | **HELEN McABEE** |
|---|---|



**FRONT VIEW OF SUBJECT PROPERTY**



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE OF SUBJECT PROPERTY**

JC Appraisal Service

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** County **SAN BENITO** | State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



**SUBJECT PROPERTY LIVING ROOM**



**SUBJECT PROPERTY KITCHEN**



**SUBJECT PROPERTY FAMILY ROOM**

**JC Appraisal Service**

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** County **SAN BENITO** | State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



**SUBJECT PROPERTY DINING ROOM**



**SUBJECT PROPERTY DEN**



**SUBJECT PROPERTY SUNROOM**

JC Appraisal Service

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |

| City | **HOLLISTER** | County | **SAN BENITO** | State | **CA** | Zip Code | **95023** |
|---|---|---|---|---|---|---|---|

Client    **HELEN McABEE**



SUBJECT PROPERTY BATHROOM



SUBJECT PROPERTY BATHROOM



SUBJECT PROPERTY MASTER BATHROOM

**JC Appraisal Service**

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



SUBJECT PROPERTY BEDROOM



SUBJECT PROPERTY BEDROOM



SUBJECT PROPERTY BEDROOM

JC Appraisal Service

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



**SUBJECT PROPERTY MASTER BEDROOM**



**SUBJECT PROPERTY WET-BAR IN DINING ROOM**



**SUBJECT PROPERTY POOL & SPA**

**JC Appraisal Service**

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



### COMPARABLE #1

**250 KANE DRIVE
HOLLISTER, CA 95023**

| | |
|---|---|
| Price | $930,000 |
| Price/SF | 315.25 |
| Date | s06/16;c04/16 |
| Age | 31 |
| Room Count | 9-4-2.1 |
| Living Area | 2,950 |
| | |
| Value Indication | $897,000 |



### COMPARABLE #2

**61 DRY CREEK ROAD
HOLLISTER, CA 95023**

| | |
|---|---|
| Price | $830,000 |
| Price/SF | 259.38 |
| Date | s07/16;c06/16 |
| Age | 13 |
| Room Count | 10-4-3.1 |
| Living Area | 3,200 |
| | |
| Value Indication | $831,500 |



### COMPARABLE #3

**1331 UNION HEIGHTS DRIVE
HOLLISTER, CA 95023**

| | |
|---|---|
| Price | $875,000 |
| Price/SF | 329.69 |
| Date | s06/16;c05/16 |
| Age | 21 |
| Room Count | 8-4-2.1 |
| Living Area | 2,654 |
| | |
| Value Indication | $887,000 |

JC Appraisal Service

# Location Map

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



**Comp 1**
250 KANE DRIVE
HOLLISTER, CA 95023
$930,000
0.80 miles NW

**Subject**
2720 ARLINGTON DRIVE
HOLLISTER, CA 95023
APN: 025-480-001-000

**Comp 3**
1331 UNION HEIGHTS DRIVE
HOLLISTER, CA 95023
$875,000
3.64 miles W

**Comp 2**
61 DRY CREEK ROAD
HOLLISTER, CA 95023
$830,000
1.09 miles S

**JC Appraisal Service**

# SITE PLAN

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** |



This map is NOT AN OFFICIAL DOCUMENT and is used for ASSESSMENT PURPOSES ONLY. 25-48

LONG ACRES
TRACT NO. 196
PTN. SECS. 25 & 36 T. 12 S., R. 5 E. M.D.B.M.
Assessor's Office, County of San Benito, Calif.

**JC Appraisal Service**

Borrower or Owner    **BERNADETTE F. CATTANEO**

Property Address    **2720 ARLINGTON DRIVE**

City    **HOLLISTER**    County    **SAN BENITO**    State    **CA**    Zip Code    **95023**

Client    **HELEN McABEE**



**JC Appraisal Service**

| | | |
|---|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** | |
| Property Address | **2720 ARLINGTON DRIVE** | |
| City **HOLLISTER** | County **SAN BENITO** | State **CA** Zip Code **95023** |
| Client | **HELEN McABEE** | |



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

**Jeremy J. Cosio**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

*"Certified Residential Real Estate Appraiser"*

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AR 005809

Effective Date: May 15, 2018
Date Expires: May 14, 2020

Jim Martin, Bureau Chief, BREA

3040105

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE 'CHAIN LINK'

JC Appraisal Service

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** County **SAN BENITO** | State **CA** Zip Code **95023** |
| Client **HELEN McABEE** | |

# NAVIGATORS INSURANCE COMPANY

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

### THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

### PLEASE READ THIS POLICY CAREFULLY.

## REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS

POLICY NUMBER: __PH18RALR30430IV__    RENEWAL OF: __PH17RALR30430IV__

1. **NAMED INSURED:** Jeremy John Cosio DBA JC Appraisal Service

2. **ADDRESS:** 1160 Mulberry Court
   HOLLISTER, CA 95023

3. **POLICY PERIOD: FROM:** 08/24/2018 **TO:** 08/24/2019
   12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above.

4. **LIMITS OF LIABILITY:**
   A. $ _1,000,000_ **Damages** Limit of Liability – Each **Claim**
   B. $ _1,000,000_ **Claim Expenses** Limit of Liability – Each **Claim**
   C. $ _1,000,000_ **Damages** Limit of Liability – Policy Aggregate
   D. $ _1,000,000_ **Claim Expenses** Limit of Liability – Policy Aggregate

5. **DEDUCTIBLE** (Inclusive of **claim expenses**):  A. $ _500_ Each **Claim**
   B. $ _1,000_ Aggregate

6. **PREMIUM:** $ 680.00

7. **RETROACTIVE DATE:** FULL PRIOR ACTS
8. **FORMS ATTACHED:**
   RiskMgmt, RiskMgmtHotline, NAV ML-002, CA Notice, NAV RAL DEC, NAV RAL NIC PF, NAV RAL 003, NAV RAL 300 CA, NAV RAL 011

**PROGRAM ADMINISTRATOR:** RealCare Insurance Marketing, Inc.

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

**IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.**

[Emily Miner]
Secretary

[Stanley A. Galanski]
President

**Navigators**
*Insuring A World In Motion®*

NAV RAL DEC (02 14)                    Page 1 of 1

**JC Appraisal Service**

| | |
|---|---|
| Borrower or Owner | **BERNADETTE F. CATTANEO** |
| Property Address | **2720 ARLINGTON DRIVE** |
| City **HOLLISTER** | County **SAN BENITO** | State **CA** | Zip Code **95023** |
| Client | **HELEN McABEE** |




**JC** APPRAISAL SERVICE
STATE CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER
1160 MULBERRY COURT, HOLLISTER, CA 95023

### Jerry Cosio

#### Experience

*JC Appraisal Service – Owner / Appraiser 8/97 – Present*
California State Certified Residential Real Estate Appraiser performing appraisals of one to four unit properties in San Benito, Santa Clara, San Mateo, Santa Cruz, and Monterey Counties

*Providian Financial – Appraisal Reviewer / Analyst 5/96 – 8/97*
Performed appraisal reviews and vendor audits for the Asset Recovery Department

*Home Savings of America – Conventional Loan Appraisal Supervisor 8/90 – 5/96*
Responsible for managing and overseeing all conventional loan appraisal operations for the South Bay Area region

*Home Savings of America – Conventional Loan Staff appraiser 7/88 – 8/90*
Performed appraisals of one to four unit properties in Santa Clara, San Mateo, Alameda, Santa Cruz, Monterey, and San Benito Counties

#### Education

*Bachelor of Science degree – May 1987*
California State University, Fresno
Major – Business Administration with an emphasis in Real Estate and Urban Land Economics

#### Professional Designations / Memberships

California State Certified Residential Real Estate Appraiser #AR005809
Member of the National Association of Real Estate Appraisers #52429
Member of the Santa Clara County Association of Realtors #111074

#### Data Sources

R. E. Infolink MLS, Metroscan, Marshall & Swift, and Personal appraisal files

BUS: (831) 635-0327          FAX: (831) 635-0396          CELL: (408) 569-4533

JC Appraisal Service

| Borrower or Owner | **BERNADETTE F. CATTANEO** | | | | | |
|---|---|---|---|---|---|---|
| Property Address | **841 CALAIS DRIVE** | | | | | |
| City **HOLLISTER** | County **SAN BENITO** | State **CA** | Zip Code **95023** |
| Client | **HELEN McABEE** | | | | | |



# JC APPRAISAL SERVICE
### STATE CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER
#### 1160 MULBERRY COURT, HOLLISTER, CA 95023

## Jerry Cosio

### Experience

*JC Appraisal Service – Owner / Appraiser 8/97 – Present*
California State Certified Residential Real Estate Appraiser performing appraisals of one to four unit properties in San Benito, Santa Clara, San Mateo, Santa Cruz, and Monterey Counties

*Providian Financial – Appraisal Reviewer / Analyst 5/96 – 8/97*
Performed appraisal reviews and vendor audits for the Asset Recovery Department

*Home Savings of America – Conventional Loan Appraisal Supervisor 8/90 – 5/96*
Responsible for managing and overseeing all conventional loan appraisal operations for the South Bay Area region

*Home Savings of America – Conventional Loan Staff appraiser 7/88 – 8/90*
Performed appraisals of one to four unit properties in Santa Clara, San Mateo, Alameda, Santa Cruz, Monterey, and San Benito Counties

### Education

*Bachelor of Science degree – May 1987*
California State University, Fresno
Major – Business Administration with an emphasis in Real Estate and Urban Land Economics

### Professional Designations / Memberships

California State Certified Residential Real Estate Appraiser #AR005809
Member of the National Association of Real Estate Appraisers #52429
Member of the Santa Clara County Association of Realtors #111074

### Data Sources

R. E. Infolink MLS, Metroscan, Marshall & Swift, and Personal appraisal files

**BUS: (831) 635-0327**      **FAX: (831) 635-0396**      **CELL: (408) 569-4533**