

The following constitutes the order of the Court.
Signed: April 18, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Bernadette Francine Cattaneo,

Debtor(s).

Case No. 16-52233 MEH

Chapter 7

Continued Status Conference Date
Date:     June 13, 2019
Time:    10:30 a.m.
Ctrm:    3020 (San Jose)

## ORDER ESTABLISHING DISCOVERY CUT-OFF DATE

On April 18, 2019, the court held a hearing on Bernadette Francine Cattaneo's ("Debtor") Motion to Avoid a Judicial Lien (the "Motion") (Dkt# 32). Appearances were stated on the record. Good cause appearing, it is

ORDERED as follows:

1. The Motion (Dkt# 32) is granted solely as to the lien held by Investment Retrievers.

2. June 10, 2019 is established as the discovery cut-off date for all other parties.

3. All depositions shall be concluded by the discovery cut-off date.

4. All discovery requiring a written response shall be served in time for the response to be due prior to the discovery cut-off date.

5. Any motions to extend the discovery cut-off date must be heard on or before the cut-off date. Motions to compel discovery may be heard after the cut-off date, but must be filed and served within ten days after the cut-off date.

1

6. In the event of a discovery dispute, counsel are reminded to review the meet and confer requirements of Fed. R. Bankr. P. 7037, Fed. R. Civ. P. 37(a)(1) and Civil Local Rule 37-1(a). Prior to filing any motion regarding discovery disputes counsel shall contact the courtroom deputy to schedule a telephonic conference regarding the discovery dispute.

7. The status conference in this matter is continued to June 13, 2019 at 10:30 a.m.

***END OF ORDER***

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients