**RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292

Attorneys for Secured Creditor,
HELEN McABEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>BERNADETTE CATTANEO,<br><br>Debtor. | Case No. 16-52233<br><br>Chapter 7<br><br>**SECURED CREDITOR HELEN McABEE'S LIST OF WITNESSES**<br><br>Chapter 7<br><br>Date: September 18, 2019<br>Time: 9:00 a.m.<br>Courtroom.: 3020<br>Judge: Hon. M. Elaine Hammond |

Secured Creditor Helen McAbee anticipates calling the following witnesses at the trial in this matter set for September 18, 2019:

    Jerry Cosio

    Kristin Jacobson

    Bernadette Cattaneo

Secured Creditor Helen McAbee reserves the right to call any witnesses listed by Debtor, and to call other witnesses for purposes of rebuttal.

Dated: September 11, 2019    ROSSI, HAMERSLOUGH, REISCHL & CHUCK

    BY: /s/ Richard B. Gullen
        RICHARD B. GULLEN, ESQ.
        Attorneys for Secured Creditor
        HELEN McABEE